

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00147-CV

**IN RE** Jacobs Engineering, Inc. and Carlos Alejandro **AYALA**

Original Proceeding[1]

PER CURIAM

Sitting:    Luz Elena D. Chapa, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: March 8, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On February 28, 2023, relators filed a petition for writ of mandamus containing a request for stay of the underlying proceeding. After considering the petition and this record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relators' request for stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2017CI13547, styled *Saied Khalil vs. Jacobs Engineering, Inc. and Carlos Alejandro Ayala*, pending in the 224th Judicial District Court, Bexar County, Texas, the Marisa Flores presiding.